1
2
3
4
5
6
7
8             **UNITED STATES DISTRICT COURT**
9             **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11   MICHAEL PARKS, | Case No. 2:20-cv-03267-JLS (AFM) |
| 12           Petitioner, | |
| 13     v. | **ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF** |
| 14   PATRICK EATON, Warden, | **UNITED STATES MAGISTRATE JUDGE** |
| 15         Respondent. | |
| 16 | |

17       Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on
18 file and the Report and Recommendation of United States Magistrate Judge
19 ("Report"). Further, the Court has engaged in a *de novo* review of those portions of
20 the Report to which objections have been made.

21       Petitioner's objections are overruled. With the exception of the following,
22 Petitioner's objections do not warrant discussion as they are properly addressed in
23 the Report.

24       Petitioner complains that the Report fails to address his allegation that the trial
25 court did not obtain a written waiver of his right to be present at his trial as required
26 by California law. (ECF No. 20 at 1-2.) To begin with, Petitioner's assertion is
27 factually incorrect. The Report addressed his contention, noting that his allegations
28 did not raise a question about the federal constitutional validity of his waiver, but

rather boiled down to a procedural argument challenging the trial court's failure to obtain a formal waiver. (ECF No. 18 at 17-18.) Furthermore, Petitioner's objection relies upon an alleged violation of section 977 of the California Penal Code. Federal habeas corpus relief, however, is available only when a petitioner has been convicted or sentenced in violation of the Constitution, laws, or treaties of the United States. It is not available for errors in the interpretation or application of state law. *Swarthout v. Cooke*, 562 U.S. 216, 219 (2011); *Estelle v. McGuire*, 502 U.S. 62, 67-68 (1991). A violation of California's rule regarding a written waiver is not grounds for federal relief. Thus, even assuming the trial court erred by failing to properly apply the California statute, this would not alter the conclusion that the state court's determination of Petitioner's claim was neither an unreasonable application of federal law nor an unreasonable determination of the facts in light of the record.

IT THEREFORE IS ORDERED that Judgment shall be entered denying the Petition and dismissing the action with prejudice.

DATED: March 22, 2021

_____
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE